LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN #150843)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS; SHARON TRETHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FERREIRA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHABOT COLLEGE; CHABOT-LAS POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS; SHARON TRETHAN AND DOES 1-25,<br><br>    Defendants. | **No. CV08-2264 BZ**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

/ / /

/ / /

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

-1-

Dated: May __1__, 2008                              **STUBBS & LEONE**

By: _____
KATHLEEN DARMAGNAC, ESQ.
Attorney for Defendants CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS; SHARON TRETHAN

Re: **Ferreira v. Chabot-Las Positas Community College District, et al.**
Alameda County Superior Court Case No.: HG 07334984
U.S. District Court, Northern District of California Case No.: CV08-2264 BZ

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the City of Walnut Creek, State of California. I am over the age of 18 years and not a party to the within cause; my business address is 2175 N. California Blvd., Suite 900, Walnut Creek, California. On May 1, 2008, I served the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the following interested party(s) in said cause:

Richard A. Ferreira, In Pro Per
18349 Robscott Avenue
Hayward, CA 94541

**VIA MAIL - CCP §§ 1013(a), 2015.5**

[X]   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Walnut Creek, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[ ]   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing each envelope(s), with postage thereon fully prepaid, in the mail at Walnut Creek, California.

**VIA OVERNIGHT MAIL/COURIER VIA FEDEX- CCP §§ 1031(c), 2015.5**

[ ]   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service, or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence/documents for overnight mail via FedEx or overnight courier service, and that it is to be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

///

PROOF OF SERVICE

1

**VIA FACSIMILE - CCP §§ 1013(e), CRC 2008**

[ ]   By arranging for facsimile transmission from facsimile number 925-974-8601 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted via facsimile to the designated numbers in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error.

**VIA HAND-DELIVERY - CCP §§ 1011, 2015.5**

[ ]   By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day by D&T Services in the ordinary course of my firm's business practice.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 1, 2008, at Walnut Creek, California.

*/s/ Gloria Orason*
Gloria Orason

PROOF OF SERVICE

2