UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Ferreira,

CASE NO. CV08-02264 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Chabot-Las Positas Community College District, et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:*

☑ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/11/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Louis A. Leone, Esq. | All named Defendants | 925-974-8600 | leonel@stubbsleone.com |

*Counsel for Defendants has attempted to reach Plaintiff (who is acting in propria persona) on several

occasions to meet and confer regarding ADR and other issues. Plaintiff has failed to respond to Defendants'

correspondence attempts, thus the parties have not yet met and conferred regarding these matters.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 8/1/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 12.05