IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERREIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHABOT COLLEGE, et al.,<br><br>    Defendants.<br>_____/ | No. 08-02264 CW<br><br>ORDER REFERRING CASE TO THE ASSISTED SETTLEMENT CONFERENCE PROGRAM |

    Plaintiff has filed an employment discrimination complaint.  A Case Management Conference was held on August 12, 2008, at which time the Court referred the case to Magistrate Judge James Larson for a settlement conference.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is referred for consideration for participation in the Court's Assisted Settlement Conference Program.  The ADR Program Office shall provide the Plaintiff with application materials.

    8/20/08

Dated _____

                                          CLAUDIA WILKEN<br>                                          United States District Judge

cc: ADR, JL

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FERREIRA et al,

        Plaintiff,

  v.

CHABOT COLLEGE et al,

        Defendant.
                                      /

Case Number: CV08-02264 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Ferreira
18349 Robscott Avenue
Hayward, CA 94541

Dated: August 20, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk