UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RICHARD FERREIRA,<br>    Plaintiff in Propia Persona,<br><br>    v.<br><br>CHABOT COLLEGE, et al.,<br>    Defendant(s).<br>_____/ | No. C 08-2264 CW<br><br>**ORDER APPOINTING SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL** |

    The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and plaintiff having requested and being in need of counsel to assist him in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

    IT IS HEREBY ORDERED THAT:

    José Martin

    Squire Sanders & Dempsey LLP

    600 Hansen Way

    Palo Alto, CA 94304-1043

    650-843-3362

    jlmartin@ssd.com

is appointed as Special Assisted Settlement Conference Counsel. This appointment shall be pursuant to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the

completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Special Settlement Conference Counsel from his limited representation of the plaintiff. Thereafter, the attorney who has served as Special Settlement Conference Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

11/6/08

Date

Claudia Wilken
United States District Judge

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Order Appointing Counsel.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERREIRA et al, | Case Number: CV08-02264 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHABOT COLLEGE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kathleen Darmagnac
Louis A. Leone
Stubbs & Leone
2175 N. California Boulevard
Suite 900
Walnut Creek, CA 94596

Richard Ferreira
18349 Robscott Avenue
Hayward, CA 94541

Jose Martin
Squire Sanders & Dempsey
600 Hansen Way
Palo Alto, CA 94304

Dated: November 6, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk