| | |
|---|---|
| 1 | LOUIS A. LEONE, ESQ. (SBN: 099874)<br>KATHLEEN DARMAGNAC, ESQ. (SBN #150843) |
| 2 | **STUBBS & LEONE**<br>A Professional Corporation |
| 3 | 2175 N. California Blvd., Suite 900<br>Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 974-8600<br>Facsimile: (925) 974-8601 |

LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHLEEN DARMAGNAC, ESQ. (SBN #150843)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendants CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS; SHARON TRETHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. FERREIRA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHABOT COLLEGE; CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS; SHARON TRETHAN AND DOES 1-25,<br><br>        Defendants. | **No. CV08-2264 CW**<br><br>**STIPULATION FOR AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>**[Fed.R.Civ.Proc., Rule 41(c)]** |

Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record, that the Complaint filed on July 11, 2007, by plaintiff RICHARD FERREIRA against defendants CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT, KATHERYN LINZMEYER, MELINDA MATSUDA, DR. ROBERT CARLSON, LORENZO LEGASPI, ANITA MORRIS AND SHARON TRETHAN shall be dismissed with prejudice, pursuant to settlement agreement, each party to bear their own costs and fees.

**STIPULATION FOR AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**

- 1 -

| | | |
|---|---|---|
| 1 | Dated: June 5, 2009 | **STUBBS & LEONE** |
| 2 | | |
| 3 | | _____ |
| 4 | | KATHLEEN DARMAGNAC, ESQ.<br>Attorneys for Defendants<br>CHABOT LAS-POSITAS COMMUNITY<br>COLLEGE DISTRICT, KATHERYN<br>LINZMEYER, MELINDA MATSUDA, DR.<br>ROBERT CARLSON, LORENZO LEGASPI,<br>ANITA MORRIS and SHARON TRETHAN |
| 8 | Dated: June 10, 2009 | **IN PROPRIA PERSONA** |
| 10 | | _____ |
| 11 | | Plaintiff RICHARD FERREIRA |

**STIPULATION FOR AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**

The Complaint filed on July 11, 2007 by plaintiff RICHARD FERREIRA against defendants CHABOT LAS-POSITAS COMMUNITY COLLEGE DISTRICT; KATHERYN LINZMEYER; MELINDA MATSUDA; DR. ROBERT CARLSON; LORENZO LEGASPI; ANITA MORRIS and SHARON TRETHAN shall be dismissed with prejudice, pursuant to settlement agreement, each party to bear their own costs and fees.

**IT IS SO ORDERED:**

6/12/09

DATED:_____  _____
Honorable Claudia Wilken
United States District Judge

**STIPULATION FOR AND ORDER DISMISSING COMPLAINT WITH PREJUDICE**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FERREIRA et al,

    Plaintiff,

v.

CHABOT COLLEGE et al,

    Defendant.
_____/

Case Number: CV08-02264 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Ferreira
18349 Robscott Avenue
Hayward, CA 94541

Dated: June 12, 2009
                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk